Richard A. Madsen, Esq.   (#146174)
MADSEN & WOLCH, L.L.P.
2055 North Broadway, Suite 100
Walnut Creek, CA 94596
Telephone:   (925) 974-0800
Facsimile:    (925) 974-0808

Attorney for Defendant,
Douglas Steen

THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
(YOSEMITE DIVISION)

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DOUGLAS STEEN,

        Defendant.

Criminal No. 6:05-MJ-00103-WMW

**WAIVER OF APPEARANCE AT ARRAIGNMENT;
CONSENT TO ENTRY OF PLEA**

I, Douglas Steen, having been charged with violation of Title 18 USC § 13, give up my right to be present at an arraignment held in this case and consent to entry by my attorney, Richard A. Madsen, Jr., of a plea of not guilty to the charge against me.

Dated: July 28, 2005

_/s/ Douglas Steen_
Douglas Steen

Original kept in attorney office

It is so Ordered. Dated: 8-1-05

_____
United States Magistrate Judge

Waiver of Appearance at Arraignment; Consent to Entry of Plea- 1

United States District Court, Eastern District of California, Yosemite Division
*United States of America v. Douglas Steen*
Case No. 6:MJ-00103-WMW

## Certificate of Proof of Service

I, Richard A. Madsen, hereby certify that on July 29, 2005, I caused a true and correct copy of the attached **Waiver of Appearance at Arraignment; Consent to Entry of Plea** to be served on the following person by U.S. Regular Mail:

Beth Waldrow, Esq.
U.S. District Attorneys Office
Eastern District of California, Yosemite Division
9004 Castlecliffs Court
Yosemite, CA 95389
Tel: 209-372-0243

_____
Richard A. Madsen, Jr.